UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

BRENDA LYNETTE WASHINGTON,

    Plaintiff,

v.

ONLINE INFORMATION SERVICES, INC.,

    Defendants.

CASE NO. 1:24-cv-00390-SE-TSM

## ONLINE INFORMATION SERVICES, INC.'S ANSWER TO THE COMPLAINT

Defendant, Online Information Services, Inc. ("Online"), by and through its attorneys, Hinshaw & Culbertson LLP, hereby submits the following Answer and Affirmative Defenses to Plaintiff, Brenda Lynette Washington's ("Plaintiff") Complaint:

## INTRODUCTION

1.    The allegations in paragraph 1 of the Complaint contain conclusions of law to which no response is required. To the extent a response is required, the allegations in paragraph 1 of the Complaint reference a written document (*i.e.*, Plaintiff's lawsuit), which speaks for itself and to which no further response is required. To the extent a further response is required, denied.

2.    Online admits that it is a consumer reporting agency that is in the business of providing consumer reports to its customers. Online lacks sufficient knowledge or information to admit or deny the allegation in paragraph 2 of the Complaint that Online's customers "use the reports to make decisions regarding whether to offer housing to certain customers." Online denies the remaining allegations in paragraph 2 of the Complaint.

3.    Denied.

4.    Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

## THE PARTIES

9. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 9 of the Complaint.

10. Admitted.

11. Online admits that it is a consumer reporting agency that is in the business of providing consumer reports to its customers. Online lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 11 of the Complaint.

12. The allegations in paragraph 12 of the Complaint contain conclusions of law to which no response is required. To the extent a response is required, Online lacks sufficient knowledge or information to admit or deny the allegation in paragraph 12 of the Complaint. Online denies the remaining allegations in paragraph 12 of the Complaint.

## JURISDICTION AND VENUE

13. The allegations in paragraph 13 of the Complaint contain conclusions of law to which no response is required.

14. The allegations in paragraph 14 of the Complaint contain conclusions of law to which no response is required.

## STATUTORY BACKGROUND

15. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

16. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

17. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

18. The allegations in paragraph 18 of the Complaint contain conclusions of law to which no response is required. To the extent a response is required, denied.

## THE FCRA'S PROTECTIONS FOR HOUSING APPLICANTS

19. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

20. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

21. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

22. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

23. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

24. Denied.

## FACTS

**Plaintiff Applies to Rent an Apartment with Concord Housing + Redevelopment**

25. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 25 of the Complaint.

26. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 26 of the Complaint.

27. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 27 of the Complaint.

28. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 28 of the Complaint.

29. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 29 of the Complaint.

**Online Information Publishes a Grossly Inaccurate Tenant Screening Report to Concord Housing in November 2022**

30. Online admits that Concord Housing + Redevelopment ("Concord Housing") contracted with it to obtain a consumer report for Plaintiff. Online lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 30 of the Complaint.

31. Online admits that it provided Concord Housing with a consumer report for Plaintiff in or around November 2022.

32. The allegations in paragraph 32 of the Complaint contain conclusions of law to which no response is required. To the extent a response is required, the allegations in paragraph 32 of the Complaint reference a written document (*i.e.*, a consumer report), which speaks for itself

and to which no further response is required. To the extent a further response is required, Online denies any allegations inconsistent with this document.

33. The allegations in paragraph 33 of the Complaint reference a written document (*i.e.*, a consumer report), which speaks for itself and to which no further response is required. To the extent a further response is required, Online denies any allegations inconsistent with this document.

34. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 34 of the Complaint.

35. Denied.

36. Denied.

37. Denied.

**Concord Housing Rejects Plaintiff's Housing Application as a Result of Defendant's Inaccurate Reporting in November 2022**

38. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 38 of the Complaint.

39. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 39 of the Complaint.

40. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 40 of the Complaint.

41. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 41 of the Complaint.

42. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 42 of the Complaint.

43. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 43 of the Complaint.

44. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 44 of the Complaint.

45. Denied.

46. Online lacks sufficient knowledge or information to admit or deny the allegations in paragraph 46 of the Complaint.

**Plaintiff's First Dispute with Online Information in June 2023**

47. Denied.

48. Denied.

49. Denied.

50. Denied.

**Plaintiff's Second Dispute with Online Information in August 2023**

51. The allegations in paragraph 51 of the Complaint reference a written document (*i.e.*, written correspondence), which speaks for itself and to which no further response is required. To the extent a further response is required, Online denies any allegations inconsistent with this document.

52. The allegations in paragraph 52 of the Complaint reference a written document (*i.e.*, written correspondence), which speaks for itself and to which no further response is required. To the extent a further response is required, Online denies any allegations inconsistent with this document.

53. The allegations in paragraph 53 of the Complaint reference a written document (*i.e.*, written correspondence), which speaks for itself and to which no further response is required.

To the extent a further response is required, Online denies any allegations inconsistent with this document.

54. The allegations in paragraph 54 of the Complaint reference a written document (*i.e.*, written correspondence), which speaks for itself and to which no further response is required. To the extent a further response is required, Online denies any allegations inconsistent with this document.

55. The allegations in paragraph 55 of the Complaint reference a written document (*i.e.*, written correspondence), which speaks for itself and to which no further response is required. To the extent a further response is required, Online denies any allegations inconsistent with this document.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

## **CLAIMS FOR RELIEF**

### COUNT I
### 15 U.S.C. § 1681 e(b)
**Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**
**(First Claim for Relief Against Defendant Online Information Services, Inc.)**

60. Online reincorporates its response to the proceeding paragraphs of the Complaint herein by reference.

61. The allegations in paragraph 61 of the Complaint contain conclusions of law to which no response is required.

62. The allegations in paragraph 62 of the Complaint contain conclusions of law to which no response is required.

63. The allegations in paragraph 63 of the Complaint contain conclusions of law to which no response is required.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

**COUNT II**
**15 U.S.C. § 1681i**
**Failure to Perform a Reasonable Reinvestigation**
**(Second Claim for Relief Against Defendant Online Information Services, Inc.)**

69. Online incorporates its response to the proceeding paragraphs of the Complaint herein by reference.

70. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

71. The text of the FCRA is a written document, the terms of which speak for themselves. Online denies all allegations inconsistent with the legislative record or the text of the FCRA.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint should be dismissed because it fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

The Complaint is barred in whole or in part because of Plaintiff's failure to mitigate damages.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has waived her right to seek the relief due to her own acts and/or omissions with reference to the subject matter of the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of waiver, estoppel, release and/or unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were the result of acts or omissions of a third party over whom Online had no control, and for whose acts Online is not legally liable.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were the result of superseding and/or intervening causes over which Online had no control, and for which it cannot be held legally liable.

**EIGHTH AFFIRMATIVE DEFENSE**

Online's compliance with the statutes, rules, and regulations that govern the subject matter of this lawsuit precludes its liability to Plaintiff.

**NINTH AFFIRMATIVE DEFENSE**

The Complaint and each purported cause of action alleged therein is barred because Online fully performed any and all contractual, statutory, and/or other duties it arguably owed to Plaintiff under applicable law.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff fails to allege facts which would give rise to actual or punitive damages, costs or attorney's fees.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff has incurred no injury in fact, and thus does not have standing to bring the instant claims under Article III of the United States Constitution.

**TWELFTH AFFIRMATIVE DEFENSE**

Online presently has insufficient knowledge and information on which to form a belief as to whether it has additional affirmative defenses at this time, and Online reserves the right to assert additional affirmative defenses in the event discovery indicates such defenses would be appropriate.

WHEREFORE, Online Information Services, Inc. respectfully requests that this Honorable Court dismiss the Complaint in its entirety and grant such other and further relief in its favor as the Court deems just and proper.

Respectfully submitted,

ONLINE INFORMATION SERVICES, INC.

By: Its Attorney

*/s/ Donald W. Seeley, Jr.*
Donald W. Seeley, Jr., #20454
HINSHAW & CULBERTSON LLP
53 State Street
27th Floor
Boston, MA 02109
617-213-7000
617-213-7001 (facsimile)
dseeley@hinshawlaw.com

Dated:   February 7, 2025

## CERTIFICATE OF SERVICE

I, Donald W. Seeley, Jr., hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Donald W. Seeley, Jr.*
Donald W. Seeley, Jr.